FILED '10 NOV 15 15:09 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RICHARD GERALD ORR,

        Plaintiff,

v.

TIMOTHY MULLER, et al.,

        Defendants.

Civil No. 10-6268-TC

ORDER

COFFIN, Magistrate Judge.

    Plaintiff's Motion for Order Cruel and Unusual Punishments being inflicted by defendants to desist (#17) is denied.

    Plaintiff's Motion for Appointment of Counsel (#20) is denied.

    Plaintiff's Emergency Motion for Preliminary Injunction (#28) is denied. [plaintiff has not alleged what conduction or action he seeks to enjoin].

    Plaintiff's Motion for extension of time Deadlines for Amended Complaint and all other deadlines to respond (#26)

1 - ORDER

construed as a motion to stay this action and is allowed.

All further pleadings in this action are stayed until March 1, 2011. If plaintiff's files motions, the clerk is directed to set them on the court's calendar for consideration after March 1, 2011.

IT IS SO ORDERED.

DATED this ___15___ day of November, 2010.

Thomas M. Coffin
United States Magistrate Judge

2 - ORDER